# Court of Appeals
# of the State of Georgia

ATLANTA, April 19, 2021

*The Court of Appeals hereby passes the following order:*

**A21A1080. ANTWAN INGOL v. THE STATE.**

Antwan Ingol filed this direct appeal from the trial court's order revoking his probation. The State has filed a motion to dismiss, arguing, inter alia, that Ingol was required to follow the discretionary appeal procedures. We agree.

An application for discretionary appeal is required to appeal an order revoking probation. OCGA § 5-6-35 (a) (5); see *Todd v. State*, 236 Ga. App. 757, 758 (513 SE2d 287) (1999) (holding that where the underlying subject matter is probation revocation, the discretionary appeal procedure applies); accord *White v. State*, 233 Ga. App. 873, 874 (505 SE2d 228) (1998). Accordingly, the State's motion to dismiss is GRANTED, and this appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 04/19/2021

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

Stephen E. Castlen , Clerk.